# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

WILLIAM A. SCHULZ,

Plaintiff,

v.

CLARK COUNTY DETENTION CENTER ADMINISTRATION et al.,

Defendants.

Case No. 2:14-cv-876-APG-NJK

**ORDER**

## I. DISCUSSION

On November 24, 2014, this Court dismissed this case without prejudice based on Plaintiff's failure to file a second amended complaint in compliance with this Court's screening order. (Dkt. #9 at 2-3). The Clerk of the Court entered judgment that same day. (Dkt. #10). On March 12, 2015, Plaintiff filed a notice of appeal. (Dkt. #11). On March 30, 2015, Plaintiff filed a motion for transcripts at state expense. (Dkt. #13). On April 13, 2015, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction for failure to file a timely notice of appeal. (Dkt. #14 at 1). The Court now denies Plaintiff's motion for transcripts at state expense as moot.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the motion for transcripts at state expense (Dkt. #13) is denied as moot.

Dated: April 16, 2015.

_____
UNITED STATES DISTRICT JUDGE